UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SPORT-BLX, INC., *individually and derivatively*
*on behalf of its shareholders*,

       Plaintiff,    **DECLARATION OF SERVICE**

 - against -          Civil Action No. 1:22-cv-8111

MICHAEL M. SALERNO, NORTHEAST  State Index No. 652732/2022
PROFESSIONAL PLANNING GROUP, INC.,
CYPRESS HOLDINGS, III, L.P., JOHN AND JANE
DOES 1-4; and XYZ CORPS. 1-4,

       Defendants.
---------------------------------------------------------------X

  **A. ROSS PEARLSON**, of full age, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

  1. I am a Member of the law firm Chiesa Shahinian & Giantomasi PC, counsel for Defendants Michael M. Salerno, Northeast Professional Planning Group, Inc., and Cypress Holdings, III, L.P. (collectively, "Defendants") in this action and, as such, I am familiar with the facts of this case.

  2. On September 22, 2022, I caused a true and correct copy of the foregoing Notice of Removal and this Declaration of Service to be filed and served on all counsel of record by ECF.

  3. On September 22, 2022, I caused my law firm's staff to serve a true and correct copy of the foregoing Notice of Removal and this Declaration of Service upon Plaintiff Sport-BLX, Inc. ("Plaintiff") by depositing a copy of the same, enclosed in a first-class postpaid wrapper, in a post office box/official depository under the exclusive care and custody of the

United States Postal Service, directed to counsel for Plaintiff at the addresses set forth below, being the addresses designated by Plaintiff for that purpose:

**COHEN & GREEN PLLC**
*Attorneys for Plaintiff Sport-BLX, Inc.*
J. Remy Green, Esq.
1639 Centre Street, Suite 216
Ridgewood, New York 11385
(929) 888-9480
remy@femmelaw.com

**WYLIE STECKLOW PLLC**
*Attorneys for Plaintiff Sport-BLX, Inc.*
Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 566-8000
ecf@WylieLaw.com

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated:  September 22, 2022

**CHIESA SHAHINIAN & GIANTOMASI PC**

*Attorneys for Defendants Michael M. Salerno, Northeast Professional Planning Group, Inc., and Cypress Holdings, III, L.P.*
11 Times Square, 34th Floor
New York, New York 10036
(212) 973-0572
rpearlson@csglaw.com

By:   /s/ A. Ross Pearlson
         A. ROSS PEARLSON