UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPORT-BLX, INC.,
                  Plaintiff,

-against-                        22 Civ. 8111 (LGS)

                                  ORDER
MICHAEL M SALERNO, et al.,
                  Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 22, 2022, Defendants Michael M. Salerno, Northeast Professional Planning Group, Inc. and Cypress Holdings, III, L.P., filed a notice of removal (the "Notice") of this action from the Supreme Court of the State of New York, New York County;

      WHEREAS, "where the basis of removal is diversity then diversity of citizenship must exist at time action was filed in state court as well as at time of removal." *United Food & Com. Workers Union, Loc. 919, AFL-CIO v. CenterMark Props. Meriden Square, Inc.*, 30 F.3d 298, 301 (2d Cir. 1994); *accord Chapman v. Crane Co.*, 694 F. App'x 825, 828 (2d Cir. 2017) (summary order);

      WHEREAS, the Notice failed to allege the citizenship of any party at both the time of removal and the time the original action was filed in state court. It is hereby

      **ORDERED** that, by **October 7, 2022**, Defendants shall file an amended notice of removal that sufficiently alleges the requirements of removal jurisdiction on the basis of diversity of citizenship, or a letter stating why the case should not be remanded to state court.

Dated: September 28, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE