AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Sport-BLX, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    22-cv-8111(LGS) |
| Salerno, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                      .

Date:    09/30/2022

/s/
*Attorney's signature*

Remy Green, 5505300
*Printed name and bar number*

Cohen&Green PLLC
1639 Centre St., Suite 216
Ridgewood, NY 11385

*Address*

remy@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*