# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SPORT BLX INC, ET AL.,   Plaintiff(s) – Petitioner(s)

V.   INDEX NO.: 652732/2022

MICHAEL M. SALERNO, ET AL.,   Defendant(s) – Respondent(s)

STATE OF NEW JERSEY
COUNTY OF ESSEX   ss.:

**Peter Bogdan**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **8/24/2022** at **2:15 PM**, I served a true copy of a **SUMMONS, VERIFIED COMPLAINT, EXHIBITS** upon **MICHAEL M. SALERNO, WORKING AT NORTHEAST PROFESSIONAL PLANNING GROUP INC.** at **494 SYCAMORE AVE. SHREWSBURY, NJ 07702** in the manner indicated below:

**Suitable age Person [ X ]**   By delivering a true copy of each and leaving with **JANE DOE (did not provide full name)** who is known to be the **RECEPTIONIST** and a competent household member over 14 years of age residing therein. Said premises is recipients
[ ] usual place of abode within the state.   [ x ] actual place of business

**Approximate Description of Receipt**

| Female | White | Brown | 30 | 5'7" | 150 lbs | |
|---|---|---|---|---|---|---|
| Sex | Skin | Hair Color | Age | Height | Weight | Other |

**Mailing 8/26/2022**   Deponent completed service by depositing a true copy of each properly sealed affixed with first class postage and addressed to the Defendant in an official depository under exclusive care and custody of the U.S. Postal Service.
[ X ] The envelope was marked "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from and attorney or concerns an action against the person to be served.

Peter Bogdan
P.O. Box 25066
Newark, NJ 07102
800-637-1805

Sworn to before me this
___31___ day of __Aug__, 20_22_

_____
Notary Public

DONNA JO ELIAS
Commission # 50039495
Notary Public, State of New Jersey
My Commission Expires
June 03, 2026

WE SERVE NJ LLC., P.O. BOX 25066, NEWARK, NJ 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

**SPORT BLX INC, ET AL.,**  Plaintiff(s) – Petitioner(s)

V.  INDEX NO.: 652732/2022

**MICHAEL M. SALERNO, ET AL.,**  Defendant(s) – Respondent(s)

STATE OF NEW JERSEY
COUNTY OF ESSEX           ss.:

**Peter Bogdan**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **8/24/2022** at **2:15 PM**, I served a true copy of a **SUMMONS, VERIFIED COMPLAINT, EXHIBITS** upon **CYPRESS HOLDINGS, III, LP** at **494 SYCAMORE AVE. SHREWSBURY, NJ 07702** in the manner indicated below:

**Corporation**  By delivering a true copy of each to **JANE DOE (did not provide full name)** personally.
**[ X ]**  Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **RECEPTIONIST** thereof, and an authorized person to accept service of process.

| Approximate Description of Receipt | Female | White | Brown | 30 | 5'7" | 150 lbs | |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

Sworn to before me this
31 day of Aug, 2022

*Donna Elias*
Notary Public

Peter Bogdan
P.O. Box 25066
Newark, NJ 07102
800-637-1805

DONNA JO ELIAS
Commission # 50039495
Notary Public, State of New Jersey
My Commission Expires
June 03, 2026

WE SERVE NJ LLC., P.O. BOX 25066, NEWARK, NJ 07102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SPORT BLX INC, ET AL.,                                    Plaintiff(s) – Petitioner(s)

V.                                                        INDEX NO.: 652732/2022

MICHAEL M. SALERNO, ET AL.,                               Defendant(s) – Respondent(s)

STATE OF NEW JERSEY
COUNTY OF ESSEX           ss.:

**Peter Bogdan**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **8/24/2022** at **2:15 PM**, I served a true copy of a **SUMMONS, VERIFIED COMPLAINT, EXHIBITS** upon **NPPG** at **494 SYCAMORE AVE. SHREWSBURY, NJ 07702** in the manner indicated below:

**Corporation [ X ]**  By delivering a true copy of each to **JANE DOE (did not provide full name)** personally. Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **RECEPTIONIST** thereof, and an authorized person to accept service of process.

| Approximate Description of Receipt | Female | White | Brown | 30 | 5'7" | 150 lbs | |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

Sworn to before me this
31 day of Aug, 2022

_Donna Elias_
Notary Public

Peter Bogdan
P.O. Box 25066
Newark, NJ 07102
800-637-1805

DONNA JO ELIAS
Commission # 50039495
Notary Public, State of New Jersey
My Commission Expires
June 03, 2026

WE SERVE NJ LLC., P.O. BOX 25066, NEWARK, NJ 07102