UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPORT-BLX, INC.,
                      Plaintiff,

             -against-                         22 Civ. 8111 (LGS)

MICHAEL M. SALERNO, et al.,                ORDER
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, this case was designated as related to *Cypress Holdings III, L.P. v. Sport-BLX, Inc., et al.*, 22 Civ. 1243 (the "Earlier-Filed Action"), Cypress Holdings III, L.P. ("Cypress") and Sport-BLX, Inc. ("Sport-BLX") are parties to both actions, and their counsel have appeared in both actions;

        WHEREAS, an initial pretrial conference is scheduled in the Earlier-Filed Action on October 19, 2022. It is hereby

        **ORDERED** that, by **October 12, 2022, at 12:00 P.M.**, the parties shall file a joint letter stating their positions on whether this case should be consolidated with the Earlier-Filed Action or coordinated for the purposes of discovery or otherwise. It is further

        **ORDERED** that an initial pretrial conference is scheduled for **October 19, 2022, at 4:20 P.M.** By **October 12, 2022, at 12:00 P.M.**, the parties shall file a joint letter and proposed civil case management plan in accordance with the instructions of the Order at Dkt. No. 6 in the Earlier-Filed Action dated March 3, 2022. The parties shall follow the instructions in that order for purposes of the initial conference as well. If the parties propose consolidation or coordination of the actions, they may consolidate the required joint letters and case management plans, or file different materials in the two related cases, as appropriate.

Dated: October 5, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE