AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SPORT-BLX, Inc. *Plaintiff* <br> v. <br> Salerno et al *Defendant* | ) ) ) ) ) ) Case No. 22-cv-08111 (LGS) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sport-BLX, INc.

Date:   10/13/2022

*Attorney's signature*

Wylie M. Stecklow
*Printed name and bar number*

Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
*Address*

ECF@WylieLAW.com
*E-mail address*

(212) 566-8000
*Telephone number*

(212) 202-4952
*FAX number*