

**CHIESA SHAHINIAN & GIANTOMASI PC**

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

**A. ROSS PEARLSON**
Member

rpearlson@csglaw.com

O  973.530.2100     F  973.325.1501

October 28, 2022

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Sport-BLX, Inc. v. Salerno, et al., Docket No. 1:22-cv-08111 (LGS)**

Dear Judge Schofield,

  This firm represents Defendants Michael M. Salerno ("Salerno"), Northeast Professional Planning Group, Inc. ("NPPG"), and Cypress Holdings, III, L.P. ("Cypress Holdings") (collectively, "Defendants") in the above-captioned action. In accordance with Your Honor's Order dated October 17, 2022 (ECF No. 14), enclosed please find the Affidavit of Michael M. Salerno (the "Affidavit"), Managing Partner of Cypress, attesting to the facts required to establish the citizenship of each of the general and limited partners of Cypress. In further accordance with Your Honor's Order, "[t]o the extent the partners of Cypress are themselves partnerships, limited liability companies or the like," the Affidavit sets forth the citizenships of the partners, members, and/or trustees of those entities.

  We thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ A. Ross Pearlson*
                A. Ross Pearlson
                Member

cc: All Counsel of Record (*via ECF*)