UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORT-BLX, INC., individually and derivatively on behalf of its shareholders,

                     Plaintiff,

v.

MICHAEL M. SALERNO, NORTHEAST PROFESSIONAL PLANNING GROUP, INC., CYPRESS HOLDINGS, III, LP, JOHN AND JANE DOES 1-4, and XYZ CORPS. 1-4,

                     Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 1:22-cv-8111-LGS

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Sport-BLX, Inc. in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated:  New York, New York
         November 17, 2022

                              MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

                              By:  */s/ Edward M. Spiro*
                                     Edward M. Spiro
                              565 Fifth Avenue
                              New York, New York 10017
                              (212) 856-9600 (phone)
                              (212) 856-9494 (fax)
                              espiro@maglaw.com

                              *Attorneys for Plaintiff Sport-BLX, Inc.*