UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORT-BLX, INC., individually and derivatively on behalf of its shareholders,

                      Plaintiff,

      v.

MICHAEL M. SALERNO, NORTHEAST PROFESSIONAL PLANNING GROUP, INC., CYPRESS HOLDINGS, III, LP, JOHN AND JANE DOES 1-4, and XYZ CORPS. 1-4,

                      Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 1:22-cv-8111-LGS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Sport-BLX, Inc. in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated:  New York, New York
           November 17, 2022

                                MORVILLO ABRAMOWITZ GRAND
                                IASON & ANELLO P.C.

                                By: /s/ Jonathan S. Sack
                                        Jonathan S. Sack
                                565 Fifth Avenue
                                New York, New York 10017
                                (212) 856-9600 (phone)
                                (212) 856-9494 (fax)
                                jsack@maglaw.com

                                *Attorneys for Plaintiff Sport-BLX, Inc.*