UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPORT-BLX, INC., individually and derivatively on behalf of its shareholders,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL M. SALERNO, NORTHEAST PROFESSIONAL PLANNING GROUP, INC., CYPRESS HOLDINGS, III, LP, JOHN AND JANE DOES 1-4, and XYZ CORPS. 1-4,<br><br>        Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 1:22-cv-8111-LGS |

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Sport-BLX, Inc. in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated: New York, New York
    November 17, 2022

                MORVILLO ABRAMOWITZ GRAND
                IASON & ANELLO P.C.

                By: */s/ W. Alex Harris*
                   W. Alex Harris
                565 Fifth Avenue
                New York, New York 10017
                (212) 856-9600 (phone)
                (212) 856-9494 (fax)
                wharris@maglaw.com

                *Attorneys for Plaintiff Sport-BLX, Inc.*