UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORT-BLX, INC., individually and derivatively
on behalf of its shareholders,

Plaintiff,

v.

MICHAEL M. SALERNO and CYPRESS
HOLDINGS, III, L.P.,

Defendants.

Civil Action No. 1:22-cv-8111-LGS

**JURY TRIAL DEMANDED**

## ANSWER TO COUNTERCLAIM

Plaintiff-Counterclaim Defendant Sport-BLX, Inc. ("Sport-BLX"), by its attorneys,

Morvillo Abramowitz Grand Iason & Anello P.C., hereby answers or otherwise responds to the

Counterclaim of Defendant-Counterclaim Plaintiff Michael M. Salerno as follows:

1.      Sport-BLX admits the allegations in Paragraph 1.

2.      Sport-BLX admits the allegations in Paragraph 2, except denies that Sport-BLX's

principal place of business is located at 510 Madison Avenue, 9th Floor, New York, New York,

10022.

3.      Paragraph 3 calls for a legal conclusion to which no response is required.

4.      Paragraph 4 calls for a legal conclusion to which no response is required.

5.      Sport-BLX adopts and incorporates by reference the responses to Paragraphs 1-4

as fully set forth above.

6.      Sport-BLX denies the allegations in Paragraph 6, except admits that Sport-BLX's

bylaws were adopted on November 20, 2018, and respectfully refers the Court to that document

for its terms and effect.

1

7.      Sport-BLX admits the allegations in Paragraph 7.

8.      Sport-BLX admits the allegations in Paragraph 8.

9.      Sport-BLX denies the allegations in Paragraph 9.

10.      Sport-BLX denies the allegations in Paragraph 10, except admits that counsel for Salerno sent a letter to counsel for Sport-BLX on November 18, 2022 and respectfully refers the Court to that letter for its terms and effect.

11.      Sport-BLX admits the allegations in Paragraph 11 and respectfully refers the Court to that letter for its terms and effect.

12.      Sport-BLX denies the allegations in Paragraph 12.

## AFFIRMATIVE AND OTHER DEFENSES

Sport-BLX asserts the following affirmative and other defenses with respect to the causes of action alleged in the Counterclaim.  In doing so, Sport-BLX does not concede that the assertion of such defenses imposes any burden on Sport-BLX with respect thereto.  To the extent that investigation and/or discovery warrant, Sport-BLX reserves the right to supplement, amend, or withdraw any or all of the following affirmative or other defenses prior to any trial of this proceeding.  In addition, Sport-BLX respectfully refers the Court to Sport-BLX's allegations in the Amended Complaint, which are incorporated herein by reference.

### FIRST DEFENSE

13.      The Counterclaim fails to state a claim against Sport-BLX upon which relief can be granted.

### SECOND DEFENSE

14.      Without admitting fault on Sport-BLX's part, the Counterclaim is barred by the doctrine of *in pari delicto*.

## **THIRD DEFENSE**

15.     The Counterclaim is barred, in whole or in part, by the doctrine of unclean hands.


Dated: March 16, 2023
         New York, New York

                                        MORVILLO ABRAMOWITZ GRAND
                                        IASON & ANELLO P.C.

                                        By:  */s/ Jonathan S. Sack*
                                                Jonathan S. Sack
                                                Edward M. Spiro
                                                W. Alex Harris
                                        565 Fifth Avenue
                                        New York, New York 10017
                                        (212) 856-9600 (phone)
                                        (212) 856-9494 (fax)
                                        jsack@maglaw.com

                                        Wylie M. Stecklow
                                        Wylie Stecklow PLLC
                                        Carnegie Hall Tower
                                        152 W. 57th Street
                                        Ste 8th Floor
                                        New York, New York 10019
                                        (212) 566-8000 (phone)
                                        (212) 202-4952 (fax)
                                        wylie@wylielaw.com

                                        Remy Green
                                        Cohen&Green P.L.L.C.
                                        1639 Centre Street, Ste. 216
                                        Ridgewood, New York 11385
                                        (929) 888-9480 (phone)
                                        (929) 888-9457 (fax)
                                        remy@femmelaw.com

                                        *Attorneys for Sport-BLX, Inc.*