# <u>Exhibit A</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SPORT-BLX, INC., individually and derivatively
on behalf of its shareholders,

                              Plaintiff,


            v.                                           Civil Action No. 1:22-cv-8111-LGS


MICHAEL M. SALERNO and CYPRESS
HOLDINGS, III, L.P.,

                              Defendants.

## [PROPOSED] ORDER GRANTING LEAVE
## TO WITHDRAW AS ATTORNEY OF RECORD

The Court, having considered the Motion and Declaration of William Alexander Harris to

withdraw as an attorney of record for Plaintiff-Counterclaim Defendant Sport-BLX, Inc., and

finding that there are satisfactory reasons for withdrawal and that the requirements of Local Rule

1.4 are otherwise satisfied, it is hereby

**ORDERED** that William Alexander Harris is granted leave to withdraw as an attorney of

record for Sport-BLX, Inc; and it is further

**ORDERED** that the Clerk shall terminate William Alexander Harris as an attorney of

record for Sport-BLX, Inc. and remove his name and email address from the official docket of

this action.

Signed this _____ day of _____, 2023.

                                    _____
                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE