UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SPORT-BLX, INC.,

                     Plaintiff(s),   :      22  Civ. <u>8111</u>    (LGS)

             -against-       :    <u>ORDER OF REFERENCE</u>
                      :    <u>TO A</u>
MICHAEL M. SALERNO, et al.,   :    <u>MAGISTRATE JUDGE</u>

             Defendant(s). :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Ona T. Wang
United States Magistrate Judge, for the following purpose(s):

_____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT / DAMAGES HEARING

_____ SOCIAL SECURITY

✔ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

_____

_____

_____

_____

_____ JURY SELECTION

SO ORDERED.

Dated:  June 21, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.