UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CYPRESS HOLDINGS, III, L.P.,       :
                                   :
                Plaintiff,         :        22-CV-1243 (LGS) (OTW)
                                   :
             -against-                :
                                   :
SPORT-BLX, INC., et al.,           :
                                   :        **ORDER**
                Defendants.       :
------------------------------------------------------------x
SPORT-BLX, INC.,                   :
                                   :
                Plaintiff,         :        22-CV-8111 (LGS) (OTW)
                                   :
             -against-                :
                                   :
MICHAEL M. SALERNO et al.,         :
                                   :
                Defendants.       :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a pre-settlement conference call on July 27, 2023. As discussed on the call, the parties are directed to submit settlement letters **by Friday, August 11, 2023**, not to exceed five pages. The Court will hold follow-up pre-settlement conference calls on **Wednesday, September 13, 2023, between 3:00 – 5:00 p.m.** Counsel are directed to make themselves available during this time. The specific timing and sequence of the calls will follow in a different order.

      SO ORDERED.

                                                                                        _s/ Ona T. Wang_

Dated: July 27, 2023                                     **Ona T. Wang**
        New York, New York                     United States Magistrate Judge