UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                 :
                                                                 :          22-cv-01243(LGS)
Cypress Holdings, III, L.P. (Plaintiff)
                    -v-                                                    FOURTH
Sport-BLX  Inc. et al (Defendants)                                        THIRD  22-cv-08111 (LGS)
                    -v-                                                   SECOND AMENDED
                                                                 :                CIVIL CASE
SPORT-BLX, Inc. (Plaintiff)                                      :         MANAGEMENT PLAN
                    -v-                                           :        AND SCHEDULING
Salerno, et al. (Defendants)                                     :                ORDER
------------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

        This Civil Case Management Plan is submitted by the parties in accordance with Fed. R.
Civ. P. 26(f)(3).

1.      All parties [consent _____ / do not consent __X__] to conducting all further
        proceedings before a United States Magistrate Judge, including motions and trial.  *See*
        28 U.S.C. § 636(c).  The parties are free to withhold consent without adverse substantive
        consequences.  *[If all parties consent, the remaining paragraphs need not be completed.]*

2.      The parties [have X / have not _____] conferred pursuant to Fed. R. Civ. P. 26(f).

3.      This case is governed by one of the following sets of rules, and the parties' proposed
        dates in this order have been adjusted accordingly.

        a.      An employment case governed by the Initial Discovery Protocols for Employment
                cases?  https://nysd.uscourts.gov/hon-lorna-g-schofield.
                [Yes _____ / No X   ]

        b.      A case governed by Local Civil Rule 83.10, Plan for Certain § 1983 Cases
                Against the City of New York?  https://nysd.uscourts.gov/rules.
                [Yes _____ / No X   ]

        c.      A patent case subject to the Local Patent Rules and the Court's Individual Rules?
                https://nysd.uscourts.gov/rules and https://nysd.uscourts.gov/hon-lorna-g-
                schofield
                [Yes _____ / No X   ]

        d.      A wage and hour case governed by Initial Discovery Protocols for Fair Labor
                Standards Act?  https://nysd.uscourts.gov/hon-lorna-g-schofield.
                [Yes _____ / No X   ]

Revised October 14, 2021

4.      Alternative Dispute Resolution/Settlement

      a.      Settlement discussions [have _____ / have not __X____] taken place.

      b.      Counsel for the parties have discussed an informal exchange of information in aid of early settlement and have agreed to exchange the following:

            _____

      c.      Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case:  (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and (iii) retention of a private mediator.  Counsel for the parties propose the following alternate dispute resolution mechanism for this case:
        A settlement conference before a Magistrate Judge.

      d.      Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph 4(c) be employed at the following point in the case (*e.g.*, within the next 60 days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery):
        After the Amended Pleading issue is resolved and the Court rules on motions to dismiss.

      e.      **The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.**

5.      No additional parties may be joined after  April 1, 2022  without leave of Court.

6.      Amended pleadings may be filed without leave of Court until _April 1, 2022 (see Dkt 15).

7.      Initial disclosures pursuant to ==Fed. R. Civ. P. 26(a)(1)== shall be completed no later than fourteen (14) days from the date of this Order.  *[Within 14 days of the parties' Rule 26(f) conference, absent exceptional circumstances.]*

                                               July 25, 2023
                                           ~~July 14, 2023~~

8.      Fact Discovery
                                               ~~May 16, 2023~~

      a.      All fact discovery shall be completed no later than ~~March 14, 2023.~~ *[A period not to exceed 120 days, unless the Court finds that the case presents unique complexities or other exceptional circumstances.]*

      b.      Initial requests for production of documents pursuant to ==Fed. R. Civ. P. 34== shall be served by November 7.

    c.    Responsive documents shall be produced by December 6. Do the parties anticipate e-discovery?   [Yes X / No _____]

    d.    Interrogatories pursuant to Fed. R. Civ. P. 33 shall be served by November 7, 2022.

    e.    Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by ~~February 14, 2023~~. July 14, 2023

    f.    Requests to admit pursuant to Fed. R. Civ. P. 36 shall be served by February 21, 2023.

    **g.**    **Any of the deadlines in paragraphs 8(b) through 8(f) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 8(a).**

9.    Expert Discovery [if applicable]

    a.    FINRA Expert, Damages Expert, Start up Expert

    b.    If you have identified types of experts in question 9(a), all expert discovery shall be completed no later than ~~April 28, 2023~~. ~~June 30, 2023.~~ September 11, 2023 *[Within 45 days from the date in paragraph 8(a), i.e., the completion of all fact discovery, absent exceptional circumstances.]* Omit if you have not identified types of experts.    October 4, 2023

    c.    If you have identified types of experts in question 9(a), by ~~February~~ April 14, 2023 *[no later than one month before the date in paragraph 8(a), i.e., the completion of all fact discovery]* the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 9(b).

10.    This case [is X / is not _____] to be tried to a jury.

11.    Counsel for the parties have conferred and their present best estimate of the length of trial is 7 days.

12.    Other issues to be addressed at the Initial Pretrial Conference, including those set forth in Fed. R. Civ. P. 26(f)(3), are set forth below:

__Jurisdictional issues surrounding the citizenship of Cypress and its partners.

The potential filing of an amended pleading by Plaintiff in *Cypress Holdings, III, L.P. v. Sport-BLX, Inc., et al.*, Docket No. 22-cv-01243, and the filing of motions to dismiss with the leave of Court thereafter.

_____

_____

_____

_____

13.    Status Letters and Conferences

March 22, 2023, and every 30 days thereafter

a.    By ~~December 16, 2022~~ *[60 days after the commencement of fact discovery]*, the parties shall submit a joint status letter, as outlined in Individual Rule IV.A.2.

May 30, 2023

b.    By ~~March 1, 2023~~ *[14 days after the close of fact discovery]*, the parties shall submit a joint status letter, as outlined in Individual Rule IV.A.2 and, in the event that they have not already been referred for settlement discussions, shall also advise the Court whether or not they request a referral for settlement discussions as provided in Paragraph 4(c) above.

October 11, 2023, at 4:20 P.M.

~~July 19, 2023~~    ~~May 17, 2023, at 4:20 P.M.~~    ~~September 27, 2023, at 4:20 P.M.~~

c.    On _____ at _____A.M. *[usually 14 days after the close of all discovery]*, a pre-motion conference will be held for any anticipated dispositive motions, provided:

    i.    A party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter **at least two weeks before the** conference and in the form provided in the Court's Individual Rule III.A.1.  Any party wishing to oppose shall file a responsive letter as provided in the same Individual Rule.  The motion will be discussed at the conference.  To join the conference, the parties shall call (888) 363-4749 and use Access Code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.

    ii.    **If no pre-motion letter is timely filed, this conference will be canceled and the matter placed on the Court's trial-ready calendar.**  The parties will be notified of the assigned trial-ready date and the filing deadlines for pretrial submissions.  The parties are warned that any settlement discussions will not stay pretrial deadlines or the trial date.

This Order may not be modified or the dates herein extended, except as provided in paragraph 8(g) or by further Order of this Court for good cause shown.  Any application to modify or extend the dates herein, except as provided in paragraph 8(g), shall be made in a written application in accordance with the Court's Individual Rules and shall be made no less than 2 business days prior to the expiration of the date sought to be extended.

4

Notwithstanding any other rules governing discovery or other deadlines, the parties shall follow the deadlines set forth herein unless expressly ordered otherwise by the Court.

The Clerk of Court is directed to enter the dates under paragraphs 5, 6, 8(a), 9(b)-(c) and 13(a)-(c) into the Court's calendar.

September 13, 2023

SO ORDERED. ~~July 17, 2023~~

~~May 23, 2023~~

~~February 27, 2023~~

Dated: ~~October 18, 2022~~
_____
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Counsel for the Parties:

_____     _____

_____     _____

_____     _____

5