UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPORT-BLX, INC., individually and derivatively on behalf of its shareholders,<br><br>         Plaintiff,<br><br>  v.<br><br>MICHAEL M. SALERNO and CYPRESS HOLDINGS, III, L.P.,<br><br>         Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 1:22-cv-8111-LGS |

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Sport-BLX, Inc. in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated: New York, New York
    October 25, 2023

                MORVILLO ABRAMOWITZ GRAND
                IASON & ANELLO P.C.

                By: */s/ Joseph P. Klemme*
                   Joseph P. Klemme
                565 Fifth Avenue
                New York, New York 10017
                (212) 880-9541 (phone)
                (212) 856-9494 (fax)
                jklemme@maglaw.com

                *Attorneys for Plaintiff Sport-BLX, Inc.*