AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| | |
|---|---|
| SPORT-BLX, INC., et al.<br>　　　　　　　　　Plaintiff (s),<br>V.<br>MICHAEL M. SALERNO, et al.<br>　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 22-cv-08111(LGS) |

Notice is hereby given that, subject to approval by the court, __Northeast Professional Planning Group__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Alexander M. Dudelson__, State Bar No. __AD4809__ as counsel of record in
(Name of New Attorney)

place of __A. Ross Pearlson, Esq. and Chiesa, Shahinian & Giantomasi, P.C.__
　　　　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　Alexander M. Dudelson, Esq.
　　Address:　　　　26 Court Street - Suite 2306, Brooklyn, New York 11242
　　Telephone:　　　(718) 855-5100　　　　　Facsimile (718) 624-9552
　　E-Mail (Optional): adesq@aol.com

I consent to the above substitution.
Date: 10/26/2023
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: 10/27/2023
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/7/2023
　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]