AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

SPORT-BLX, INC., et al.
Plaintiff (s),
V.
MICHAEL M. SALERNO, et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 22-cv-08111 (LGS)

Notice is hereby given that, subject to approval by the court, CYPRESS HOLDINGS III, LP. (Party (s) Name) substitutes Alexander M. Dudelson (Name of New Attorney), State Bar No. AD4809 as counsel of record in place of A. Ross Pearlson, Esq. and Chiesa, Shahinian & Giantomasi, P.C. (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Alexander M. Dudelson, Esq.
Address: 26 Court Street - Suite 2306, Brooklyn, New York 11242
Telephone: (718) 855-5100 Facsimile (718) 624-9552
E-Mail (Optional): adesq@aol.com

I consent to the above substitution.
Date: 10/26/2023
(Signature of Party (s))

I consent to being substituted.
Date: 10/27/2023
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/7/2023
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________________
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**