AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

| | |
|---|---|
| SPORT-BLX, INC., et al.<br>                  Plaintiff (s),<br>V.<br>MICHAEL M. SALERNO, et al.<br>                  Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 22-cv-08111 (LGS) |

Notice is hereby given that, subject to approval by the court, __Michael Salerno__ substitutes
                                                                                    (Party (s) Name)

__Alexander M. Dudelson__, State Bar No. __AD4809__ as counsel of record in
      (Name of New Attorney)

place of __A. Ross Pearlson, Esq. and Chiesa, Shahinian & Giantomasi, P.C.__
                                                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Alexander M. Dudelson, Esq. |
| Address: | 26 Court Street - Suite 2306, Brooklyn, New York 11242 |
| Telephone: | (718) 855-5100    Facsimile (718) 624-9552 |
| E-Mail (Optional): | adesq@aol.com |

I consent to the above substitution.
Date: __10/26/2023__         _/s/ Michael Salerno_
                                                                (Signature of Party (s))

I consent to being substituted.
Date: __10/27/2023__         _/s/ A. Ross Pearlson_
                                                                 (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __11/7/2023__         _/s/ Alexander M. Dudelson_
                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____         _____
                                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Mr. Pearlson shall file a motion for attorney withdrawal, consistent with SDNY Local Civil Rule 1.4, by **November 10, 2023.**

So Ordered.

Dated: November 8, 2023
New York, New York

_/s/ Lorna G. Schofield_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**