UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SPORT-BLX, INC., individually and derivatively          Case No.: 22-cv-8111 (LGS)
on behalf of its shareholders,

                        Plaintiff,                  NOTICE OF APPEARANCE

    -against-

MICHAEL M. SALERNO and CYPRESS
HOLDINGS, III, L.P.,

                        Defendants.
---------------------------------------------------------------X

To:    The clerk of the Court and all parties of record.

       I am admitted to practice in this Court, and I appear in this case as counsel for MICHAEL M. SALERNO and CYPRESS HOLDINGS, III, L.P..

Dated: November 9, 2023

                                                   /s/ *Alexander Dudelson*
                                                   ALEXANDER M. DUDELSON, ESQ.
                                                   *Attorney for Defendants*
                                                   26 Court Street - Suite 2306
                                                   Brooklyn, New York 11242
                                                   (718) 855-5100

**Via ECF:**

All parties of record