LAW OFFICES OF
# ALEXANDER M. DUDELSON
26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100    FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
GEORGE H. VALLARIO, JR.

YEHUDA FARKAS
FABIAN G. PALOMINO
(1924 - 2014)

March 3, 3023

Hon. Lorna Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Sport-Blx, Inc. v. Salerno, et al.*
             *Case No.: 22-cv-8111 (LGS)*

Your Honor:

      I am the in-coming attorney for defendants Michael M. Salerno ("Salerno") and Cypress Holdings, III, L.P. ("Cypress"). On November 7, 2023, the undersigned filed proposed orders for substitution of attorney for Salerno and Cypress, and a previously terminated party Northeast Professional Planning Group, Inc. (DKTs 84, 85, and 86). In doing so, I inadvertently failed to file my Notice of Appearance. Thereafter, Your Honor directed that Mr. Pearlson, prior counsel for the defendants, file a motion for attorney withdrawal, consistent with SDNY Local Civil Rule 1.4. (DKT 87). On November 9, 2023, I filed a formal Notice of Appearance (DKT. 88).

      We are writing to see if the filing of my Notice of Appearance circumvents the need for Mr. Pearlson to have to file a formal motion for withdrawal. In the companion case, Cypress v. Hall, et al., Case No.: 22-cv-01243 (LGS), the proposed order of substitution was So Ordered, without the need for a motion, when my Notice of Appearance was simultaneously filed therein.

      Thank you for your consideration.

      Very truly yours,

      /s/ *Alexander Dudelson*

      Alexander M. Dudelson

**Via ECF:**
All parties