UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
                                                               :
CYPRESS HOLDINGS, III, L.P.,                                   :
                            Plaintiff,                         :
                                                               :    22 Civ. 1243 (LGS)
             -against-                                         :
                                                               :
SPORT-BLX, INC. et al.,                                        :          ORDER
                            Defendants.                        :
------------------------------------------------------------- X
                                                               :
SPORT-BLX, INC.,                                               :
                            Plaintiff,                         :
                                                               :    22 Civ. 8111 (LGS)
             -against-                                         :
                                                               :
SALERNO et al.,                                                :
                            Defendants.                        :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 4, 2023, the Cypress Parties filed a letter motion requesting that Exhibits A-N of the Dudelson Declaration be filed under seal, as they contain documents subject to the parties' protective order;

WHEREAS, on December 5, 2024, the motion was denied without prejudice to renewal. The Cypress Parties were given until December 12, 2023, to renew their request with an explanation of the basis for seal that is sufficient under Second Circuit case law. The Cypress Parties did not renew their request, and no other party has requested that the documents be maintained under seal.

Accordingly, the Clerk of Court is respectfully directed to unseal Dkt. 168.

Dated: January 17, 2024
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**