UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SPORT-BLX, INC., individually and derivatively on
behalf of its shareholders,

                Plaintiff,

        Civil Action No. 1:22-cv-8111-LGS

v.

MICHAEL M. SALERNO and CYPRESS HOLDINGS,
III, L.P.,

        *related case*:
        Civil Action No. 1:22-cv-1243-LGS

                Defendants.

        **NOTICE OF MOTION**

---------------------------------------------------------------x

PLEASE TAKE NOTICE that SPORT-BLX, INC., individually and derivatively on behalf of its shareholders - upon the following documents filed on the related case docket, 22-cv-1243-LGS, including the Declaration of Wylie M. Stecklow, dated December 3, 2024, and exhibits annexed thereto; the accompanying Memorandum of Law, December 3, 2024; the accompanying Statement of Undisputed Facts pursuant to Local Rule 56.1; and all pleadings and proceedings previously had herein - will move before the Honorable Lorna G. Schofield, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure: (i) holding Michael M. Salerno and Cypress Holdings III, L.P. ("Cypress,") defendants liable on all claims asserted therein.

Dated: New York, New York
December 3, 2024

                                        WYLIE STECKLOW PLLC

                                        */s/ Wylie Stecklow*

                                        Wylie Stecklow, Esq.
                                        Jon Avins, Esq.
                                        Carnegie Hall Tower
                                        152 W. 57th Street, 8th Floor
                                        New York, NY 10019
                                        (212) 566 8000
                                        ECF@WylieLAW.com