

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

January 25, 2025

**BY ECF**

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Cypress Holdings, III, L.P. v. Hall*, No. 22-cv-1243 (LGS)
*Sport-BLX v. Salerno, et al,* 22-cv-08111 (LGS)

Dear Judge Schofield:

We represent Sport-BLX, Inc. ("Sport-BLX"), Sport-BLX Securities Inc. ("Sport-BLX Securities"), Clinton Group, Inc. ("Clinton Group"), George Hall, Mr. Johnson and Mr. Baez (together the "Sport-BLX Parties") in the above-referenced action. I write this morning concerning a few of yesterday evening's filings in the above referenced matter.

Yesterday, while I was taking edits from various counsel, I mixed up the prior draft I was working from and filed a memorandum of law that was missing small typo edits (e.g., dismissed instead of dismiss), and one wordsmithing edit (i.e., footnote 2), as well as filed a 56.1 that was missing a few highlights and redactions. I have uploaded the corrected versions of the Defendants' response to Plaintiff's 56.1 Statement of Material Facts, and the Defendants' Memorandum of Law in Further Support of their Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. Additionally, I realized in uploading the sealed items this morning, that when I uploaded them yesterday evening, I did not correctly identify the parties that could view those items. This has been corrected with the filings this morning.

By this letter, it is respectfully requested that docket entries 225, 227, 228, 229 be stricken and deemed replaced by docket entries 231, 232, 233, 234[1].

Application **GRANTED.**

The Clerk of Court is respectfully directed to strike the entries at Dkt. Nos. 225, 227, 228 and 229.

Dated: January 27, 2025
New York, New York

Lorna G. Schofield
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/

Wylie Stecklow

---

[1] Docket entry 225 is replaced by 233; 227 by 231; 228 by 232; and 229 by 234.