UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CYPRESS HOLDINGS, III, L.P.,
*individually and derivatively on
behalf of Sport-BLX, Inc.*,

                            Plaintiff,        22 Civ. 1243 (LGS)

           -against-

SPORT-BLX, INC., et al.,

                       Defendants,

---------------------------------------------------------- X    **ORDER**

SPORT-BLX, INC.,

                          Plaintiff,

           -against-

CYPRESS HOLDINGS, III, L.P, and
MICHAEL M. SALERNO,          22 Civ. 8111 (LGS)

                       Defendants.

---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a second conference is necessary to address the parties' proposed trial

exhibits.  It is hereby

      **ORDERED** that a conference will be held telephonically on **January 28, 2026, at 3:30**

**p.m.**  The parties shall have their exhibits available for discussion.  The hearing can be accessed

by calling (855) 244-8681 and entering the access code 2311 193 8649.  It is further

      **ORDERED** that no later than **January 22, 2026**, the parties shall file revised exhibit

lists, withdrawing the exhibits they no longer intend to use.  The revised exhibit lists shall

maintain the existing exhibit numbers.  Before filing the revised exhibit list, the parties shall

meet and confer regarding exhibits with an aim to resolving objections, either by withdrawing the exhibit or withdrawing objections.  The revised list shall indicate by highlighting or some other means changes in the objection column.

Dated: January 17, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE