UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CYPRESS HOLDINGS, III, L.P.,
*individually and derivatively on*
*behalf of Sport-BLX, Inc.*,

                              Plaintiff,          22 Civ. 1243 (LGS)

-against-

SPORT-BLX, INC., et al.,

                         Defendants,

                                                         **SCHEDULING ORDER**
------------------------------------------------------------X

SPORT-BLX, INC.,

                           Plaintiff,

-against-

                                                  22 Civ. 8111 (LGS)

CYPRESS HOLDINGS, III, L.P, and
MICHAEL M. SALERNO,

                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the following briefing schedule shall apply to post-trial motions:

        (a) Any post-trial motions must be filed by **March 6, 2026**.

        (b) Any oppositions must be filed by **April 3, 2026**.

        (c) Any replies must be filed by **April 17, 2026**.

Dated:  February 9, 2026
          New York, New York

                                                                 LORNA G. SCHOFIELD
                                                                 UNITED STATES DISTRICT JUDGE