# **<u>Exhibit A</u>**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPORT-BLX, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CYPRESS HOLDINGS, III, L.P, and MICHAEL M. SALERNO,<br><br>　　　　　　　　　　Defendants. | Case No.: 22 Civ. 8111 (LGS) |

### [PROPOSED] ORDER GRANTING LEAVE FOR THE WITHDRAWAL OF JOSEPH P. KLEMME AS ATTORNEY OF RECORD

The Court, having considered the Motion and Declaration of Joseph P. Klemme for the withdrawal of his individual appearance as an attorney of record for Plaintiff Sport-BLX, Inc. (hereinafter, "Sport-BLX"), and finding that there are satisfactory reasons for withdrawal and that the requirements of Local Rule 1.4 are otherwise satisfied, it is hereby

**ORDERED** that Joseph P. Klemme is granted leave to withdraw as an attorney of record for Sport-BLX; and it is further

**ORDERED** that the Clerk shall terminate Joseph P. Klemme as an attorney of record for Sport-BLX and remove his name and email address from the official docket of this action.

Signed this _____ day of _____, 2026.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE