UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPORT-BLX, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYPRESS HOLDINGS, III, L.P., and MICHAEL M. SALERNO, <br><br> Defendants. | Case No. 22 Civ. 8111 (LGS) <br> Application **DENIED** without prejudice as proof of service upon the client has not been filed on the docket. <br><br> The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 127 and 128. <br><br> Dated:  April 6, 2026 <br>         New York, New York <br>                    LORNA G. SCHOFIELD <br>                    UNITED STATES DISTRICT JUDGE |

**MOTION AND DECLARATION PURSUANT TO LOCAL RULE _.
FOR LEAVE FOR THE WITHDRAWAL OF JOSEPH P. KLEMME
AS ATTORNEY OF RECORD**

I, Joseph P. Klemme, an attorney of record for Plaintiff Sport-BLX, Inc., (hereinafter, "Sport-BLX"), hereby move the Court pursuant to Local Rule 1.4 for an order, substantially in the form attached hereto as **Exhibit A**, granting leave to withdraw my individual appearance as an attorney of record in this action.  In support thereof, and pursuant to 28 U.S.C. § 1746, I declare as follows:

1. Effective as of the close of business April 3, 2026, I will no longer be associated with Morvillo Abramowitz Grand Iason & Anello P.C., one of the firms which represented Sport-BLX.

2. Counsel from Wylie Stecklow PLLC (including Wylie M. Stecklow), and counsel from Cohen & Green P.L.L.C. (including Remy Green) will continue to represent Sport-BLX in this action. The remaining attorneys are all fully familiar with the litigation and proceedings to date.

3.      Because the Motion herein will not result in a change of the law firm representing Sport-BLX, I respectfully submit that my withdrawal as counsel of record will not affect this action in any way, will not alter the posture of the case, and will not prejudice any party.

4.      I am not asserting a retaining or charging lien.

5.      For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing ("ECF") system, and that no further documents, notices, or other pleadings in this action be served upon me.

6.      The filing of this Motion electronically using the Court's ECF system constitutes good and proper service on all parties and their registered attorneys of record.  A copy of this Motion and Exhibit A shall also be provided to Sport-BLX.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2026
       New York, New York

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By:    *s/ Joseph P. Klemme*
           Joseph P. Klemme

565 Fifth Avenue
New York, New York 10017
(212) 880-9541 (phone)
(212) 856-9494 (fax)
jklemme@maglaw.com