**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP, INC., and GLASSBRIDGE ENTERPRISES, INC., <br><br> Defendants. | Case No.: 1:22-cv-1243-LGS |
| SPORT-BLX, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYPRESS HOLDINGS, III, L.P, and MICHAEL M. SALERNO, <br><br> Defendants. | Case No. 22 Civ. 8111 (LGS) |

**[PROPOSED] ORDER GRANTING LEAVE FOR THE**
**WITHDRAWAL OF JOSEPH P. KLEMME AS ATTORNEY OF RECORD**

The Court, having considered the Motion and Declaration of Edward M. Spiro for the

withdrawal of the individual appearance of Joseph P. Klemme as an attorney of record for Sport-

BLX, Inc., and George Hall (hereinafter, "the "Sport-BLX Parties"), and finding that there are

satisfactory reasons for withdrawal and that the requirements of Local Rule 1.4 are otherwise

satisfied, it is hereby

**ORDERED** that Joseph P. Klemme is granted leave to withdraw as an attorney of record

for the Sport-BLX Parties.

The Clerk of Court is respectfully directed to

~~ORDERED that the Clerk shall~~ terminate Joseph P. Klemme as an attorney of record for

the Sport-BLX Parties and remove his name and email address from the official docket of this

action. The Clerk of Court is also respectfully directed to terminate the motion at Dkt. No. 131.

Signed this __15__ day of __April_____, 2026.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**